1

2

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

3  UNITED STATES OF AMERICA,

4                              Plaintiff,

5                vs.

6  GERALDINE WALKER,

7                              Defendant.

**2:15-cr-256-JCM-PAL**

PETITION FOR *WRIT OF HABEAS CORPUS AD PROSEQUENDUM* FOR GERALDINE WALKER
(JMS # 1581342)

8

9        Upon reading the Petition of the United States Attorney for the District of Nevada, and

10  good cause appearing therefore,

11        IT IS HEREBY ORDERED that a *Writ of Habeas Corpus Ad Prosequendum* issue

12  out of this Court, directing the production of the body of the said GERALDINE WALKER to the

13  Lloyd D. George Federal Courthouse, via the custody of the United States Marshal for the District of

14  Nevada, 333 South Las Vegas, Nevada 89101, on November 24, 2015, to make her initial

15  appearance on an arrest warrant, and attend an arraignment and plea hearing before the Honorable

16  Magistrate Judge Cam Ferenbach.

17        Dated this 16th day of November, 2015.

18

19  HONORABLE PEGGY A. LEEN
    UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24