# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>GERALDINE WALKER,<br><br>Defendant(s). | Case No. 2:15-CR-256 JCM (PAL)<br><br>ORDER |

Presently before the court is United States v. Walker, case no. 2:15-cr-00256-JCM-PAL. Geraldine Walker ("petitioner") filed a motion for sentence reduction to 18 U.S.C. § 3582(c)(2) pursuant to United States Sentencing Guidelines 561.3. (ECF No. 47). Briefing shall proceed as follows: respondent has thirty days from the date of this order to file a response. Thereafter, petitioner has thirty days to file a reply.

Accordingly,

It is ORDERED that respondent file a response to petitioner's motion for sentence reduction no later than thirty (30) days from the date of this order. Petitioner's reply is due thirty (30) days thereafter.

DATED May 22, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**