1

2

3

4                    UNITED STATES DISTRICT COURT

5                         DISTRICT OF NEVADA

6                                * * *

7    UNITED STATES OF AMERICA,            Case No. 2:15-CR-256 JCM (PAL)

8                        Plaintiff(s),              ORDER

9           v.

10   GERALDINE WALKER,

11                       Defendant(s).

12

13          Presently before the court is the matter of *United States v. Walker*, case no. 2:15-cr-00256-

14   JCM-PAL.

15          Geraldine Walker ("petitioner") filed a motion for sentence reduction to 18 U.S.C. §

16   3582(c)(2) pursuant to United States Sentencing Guidelines 561.3. (ECF No. 47).  On May 25,

17   2018, the government filed a response in opposition to petitioner's motion.  (ECF No. 49).

18          As the government's response correctly notes, generally, the court may not modify a

19   sentence of imprisonment once it has been imposed.  18 U.S.C. § 3582(c).  However, subsection

20   (c)(2) of the statute provides an exception to this general rule.  18 U.S.C. § 3582(c)(2).  A court

21   may modify a sentence when a defendant "has been sentenced to a term of imprisonment based on

22   a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to

23   28 U.S.C. § 994(o) if such a reduction is consistent with applicable policy statements issued by

24   the Sentencing Commission." *Id.*

25          Although petitioner cites to subsection (c)(2), the sentencing commission has not lowered

26   the petitioner's guideline range.  Accordingly, the exception enumerated in (c)(2) does not apply

27   to petitioner's case.

28

**James C. Mahan**
**U.S. District Judge**

1    Accordingly,

2        IT IS HEREBY ORDERED, ADJUDGED, and DECREED that petitioner's motion for

3    sentence reduction (ECF No. 47) be, and the same hereby is, DENIED.

4        DATED June 6, 2018.

5                                          _____
6                                          UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28